UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JIMMY THACKER, JR., | ) | |
| Petitioner, | ) ) ) | Civil No. 7:19-cv-125-GFVT-CJS |
| v. | ) ) ) | **JUDGMENT** |
| JAMES DAVID GREEN, | ) ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of Respondent;

2. A Certificate of Appealability is **DENIED** as to all issues raised by Petitioner; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 3rd day of November, 2021.



Gregory F. Van Tatenhove
United States District Judge